George Martin, appellee, v. Firemen's Insurance Company of Newark, New Jersey et al., appellants. Gen. No. 8,573.

Opinion filed August 3, 1934. Rehearing denied September 11, 1934.

Silber, Isaacs, Silber & Woley, for appellants; Herbert W. Hirsh and Norman A. Miller, of counsel. D. R. Anderson, for appellee.

Mr. Justice Dove delivered the opinion of the court.